IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 01-30614
Conference Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

FRANCISCO RENE FLORES,
also known as Francisco Flores,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Louisana
USDC No. 00-CR-351-ALL
- - - - - - - - - -
December 11, 2001
Before HIGGINBOTHAM, BARKSDALE, and STEWART, Circuit Judges.

PER CURIAM:[*]

Francisco Rene Flores appeals his guilty plea conviction for illegally reentering into the United States following deportation after the commission of an aggravated felony. Flores contends that his guilty plea should be vacated because the district court violated Fed. R. Crim. P. 11(c)(3) by omitting the word "jury" when admonishing Flores of his right to a trial.

We have reviewed the record and the briefs submitted by the parties and hold that, because the district court's omission did not affect Flores' substantial rights, the error was harmless.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

United States v. Johnson, 1 F.3d 296, 298 (5th Cir. 1993)(en banc); United States v. Caston, 615 F.2d 1111, 1114-16 (5th Cir. 1980).

AFFIRMED.